## HARTLESS v. STATE.
### No. 18139.

Court of Criminal Appeals of Texas.
April 8, 1936.

D. L. Harry, of Jacksonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, three years in the penitentiary.

The law creating the offense for which this appellant was convicted has been repealed. Following Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481, the judgment is reversed, and the prosecution ordered dismissed.

MORROW, P. J., absent.